Drainage Commissioners of Sub-District Number One of Drainage Union District Number One of Town of Eliza, Mercer County and Drury, Rock Island County, v. Harmon Russell and Herbert Lindblom, Appellants.

Gen. No. 10,350.

opinion filed March 8, 1949; released for publication March 26, 1949. Bell, Farrar & Scott and Wood, McNeal & Warner, for appellants; Robert M. Bell and Wilmot F. Warner, of counsel; Graham & Prentiss and Eagle & Eagle, for appellees. Opinion by JUSTICE DOVE. Not to be published in full.